1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA 94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:  (415) 268-1999
5  Email:      matt.jaksa@hro.com

6  Attorneys for Plaintiffs,
   BMG MUSIC; UMG RECORDINGS, INC.; SONY
7  BMG MUSIC ENTERTAINMENT; ARISTA
   RECORDS LLC; CAPITOL RECORDS, INC.; and
8  WARNER BROS. RECORDS INC.

9

   E-filing

   ORIGINAL FILED
   SEP 2 0 2007

10              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
11

12                                                    JSW

                                                C07-04873

13  BMG MUSIC, a New York general partnership;    CASE NO.
    UMG RECORDINGS, INC., a Delaware
14  corporation; SONY BMG MUSIC                   **CERTIFICATION OF INTERESTED
    ENTERTAINMENT, a Delaware general             ENTITIES OR PERSONS**
15  partnership; ARISTA RECORDS LLC, a
    Delaware limited liability company; CAPITOL
16  RECORDS, INC., a Delaware corporation; and
17  WARNER BROS. RECORDS INC., a Delaware
    corporation,
18                      Plaintiffs,
19
         v.
20
21  JOHN DOE,
                        Defendant.
22

23
24
25
26
27
28

Certification of Interested Entities or Persons
Case No.
#32565 v1

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

The following companies are parents of, or partners in Plaintiff BMG MUSIC: Ariola Eurodisc LLC; USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.; Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.; Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded. Sony Corporation is publicly traded in the U.S.

The following companies are parents of, or partners in Plaintiff UMG RECORDINGS, INC.: Polygram Holding, Inc.; Universal Music Group, Inc.; Vivendi Holding I Corp.; Vivendi Holdings Company; Vivendi Holding S.A.S.; SPC S.A.S.; and Vivendi S.A., of which only Vivendi S.A. is publicly traded. Vivendi S.A. is publicly traded in France.

The following companies are parents of, or partners in Plaintiff SONY BMG MUSIC ENTERTAINMENT: USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.; Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.; Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded. Sony Corporation is publicly traded in the U.S.

The following companies are parents of, or partners in Plaintiff ARISTA RECORDS LLC: BMG Music; SONY BMG MUSIC ENTERTAINMENT; Ariola Eurodisc LLC; USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.; Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.; Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded. Sony Corporation is publicly traded in the U.S.

The following companies are parents of, or partners in Plaintiff CAPITOL RECORDS, INC.: Capitol-EMI Music Inc.; EMI Group North America Holdings, Inc.; EMI Group International BV; EMI Group Holdings BV; EMI Group International Holdings Ltd.; EMI Group Worldwide Ltd.;

1  Virgin Music Group Ltd.; and EMI Group plc., of which only EMI Group plc. is a publicly traded
2  company. EMI Group plc. is publicly traded in the U.K.
3      The following companies are parents of, or partners in Plaintiff WARNER BROS.
4  RECORDS INC.: WMG Acquisition Corp.; WMG Holdings Corp.; and Warner Music Group
5  Corp., of which only Warner Music Group Corp. is publicly traded. Warner Music Group Corp. is
6  publicly traded in the U.S.

Dated: September 20, 2007

HOLME ROBERTS & OWEN LLP

By: _____
MATTHEW FRANKLIN JAKSA
Attorney for Plaintiffs
BMG MUSIC; UMG RECORDINGS,
INC.; SONY BMG MUSIC
ENTERTAINMENT; ARISTA
RECORDS LLC; CAPITOL RECORDS,
INC.; and WARNER BROS. RECORDS
INC.