Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: matt.jaksa@hro.com

Attorneys for Plaintiffs,
BMG MUSIC; UMG RECORDINGS, INC.;
SONY BMG MUSIC ENTERTAINMENT;
ARISTA RECORDS LLC; CAPITOL
RECORDS, INC.; and WARNER BROS.
RECORDS INC.

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| BMG MUSIC, a New York general partnership; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; CAPITOL RECORDS, INC., a Delaware corporation; and WARNER BROS. RECORDS INC., a Delaware corporation,<br><br>                    Plaintiffs,<br><br>        v.<br><br><br>JOHN DOE,<br><br>                    Defendant. | CASE NO. 3:07-CV-04873-JSW<br><br>Honorable Jeffrey S. White<br><br>***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER** |

1    Plaintiffs respectfully request that the Court continue the case management conference

2    currently set for January 4, 2008, at 1:30 p.m. to April 4, 2008.  As further explained below, there is

3    not yet a named defendant in this case, and Plaintiffs do not yet know the true identity of Defendant

4    John Doe ("Defendant").

5    Plaintiffs filed the Complaint against Defendant on September 20, 2007.  Plaintiffs did not

6    have sufficient identifying information to name Defendant in the Complaint, but were able to

7    identify Defendant by the Internet Protocol address assigned to Defendant by Defendant's Internet

8    Service Provider – here, University of San Francisco ("USF").  Accordingly, also on September 20,

9    2007, Plaintiffs filed their *Ex Parte* Application for Leave to Take Immediate Discovery, seeking the

10   Court's permission to serve a Rule 45 subpoena on USF so that Plaintiffs could discover information

11   sufficient to identify Defendant.  On October 9, 2007, this Court issued its Order Granting Plaintiffs'

12   *Ex Parte* Application for Leave to Take Immediate Discovery authorizing Plaintiffs to serve a Rule

13   45 subpoena on USF.

14   On November 30, 2007, USF responded to several subpoenas served by Plaintiffs in

15   conjunction with this case and other similar cases.   However , USF did not provide Plaintiffs with

16   information permitting Plaintiffs to identify Defendant in this particular case.  Since that time,

17   Plaintiffs have been in communication with USF and are attempting to determine whether USF

18   possesses further information that would allow Plaintiffs to identify Defendant.  If Plaintiffs

19   determine that USF does not have such information, Plaintiffs will promptly file a notice of

20   dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41.  If Plaintiffs are able to

21   identify Defendant, Plaintiffs will attempt to contact Defendant and attempt to resolve this dispute.

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1

1    However, because there is not yet a named defendant in this case and Plaintiffs do not yet

2    know Defendant's true identity, a case management conference is unnecessary at this time.

3    Plaintiffs therefore respectfully request that the Court continue the case management conference

4    currently set for January 4, 2008, at 1:30 p.m. to April 4, 2008.

5    Dated:  December 21, 2007                      HOLME ROBERTS & OWEN LLP

6

7                                                  By:  _____/s/ Matthew Franklin Jaksa___

8                                                       MATTHEW FRANKLIN JAKSA
                                                        Attorney for Plaintiffs

9

10

11

12

13

14                                          **ORDER**

15    Good cause having been shown:

16    **IT IS ORDERED** that the case management conference currently set for January 4, 2008, at

17    1:30 p.m. be continued to April 4, 2008.

18

19

20    Dated:  __December 28, 2007 _          By:  _____

21                                                Honorable Jeffrey S. White
                                                  United States District Judge
22

23

24

25

26

27

28

                                            2