Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:  (415) 268-2000
Facsimile:   (415) 268-1999
Email:        matt.jaksa@hro.com

Attorneys for Plaintiffs,
BMG MUSIC; UMG RECORDINGS, INC.;
SONY BMG MUSIC ENTERTAINMENT;
ARISTA RECORDS LLC; CAPITOL
RECORDS, INC.; and WARNER BROS.
RECORDS INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BMG MUSIC, a New York general partnership; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; CAPITOL RECORDS, INC., a Delaware corporation; and WARNER BROS. RECORDS INC., a Delaware corporation,<br>              Plaintiffs,<br>   v.<br>JOHN DOE,<br>              Defendant. | CASE NO. 3:07-CV-04873-JSW<br><br>Honorable Jeffrey S. White<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

1  Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs BMG MUSIC, *et al.*, by and through
2 their attorneys, voluntarily dismiss without prejudice their copyright infringement claims against
3 Defendant John Doe, also identified as ID #117175167 with IP address 138.202.52.217 2007-02-05
4 02:15:41 EST, each party to bear its/his own fees and costs. The Clerk of Court is respectfully
5 requested to close this case.

6 Dated: January 23, 2008                    HOLME ROBERTS & OWEN LLP

8                         By: _____*/s/ Matthew Franklin Jaksa*___
                                MATTHEW FRANKLIN JAKSA
                                Attorney for Plaintiffs